IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STOURBRIDGE INVESTMENTS LLC, Derivatively on Behalf of Nominal Defendant EXICURE, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID A. GILJOHANN, BRIAN C. BOCK, MATTHIAS SCHROFF, TIM WALBERT, JAMES SULAT, JEFFREY L. CLELAND, BALI MURALIDHAR, BOSUN HAU, ELIZABETH GAROFOLO, and ANDREW SASSINE, <br><br> Defendants, <br><br> and <br><br> EXICURE, INC., <br><br> Nominal Defendant. | Case No. 1:22-cv-00526-RGA |

## JOINT STATUS REPORT

Plaintiff Stourbridge Investments LLC ("Plaintiff"), Defendants David A. Giljohann, Brian C. Bock, Matthias Schroff, Timothy P. Walbert, James Sulat, Jeffrey L. Cleland, Bali Muralidhar, Bosun Hau, Elizabeth Garofalo, and Andrew Sassine (the "Individual Defendants"), and Nominal Defendant Exicure Inc. ("Exicure") (collectively, "Defendants" and with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby respectfully submit this Status Report.

As the Parties reported in their last status report filed on September 29, 2025 (Dkt. 29), the Parties have reached an agreement in principle to settle the claims in this action as well as the claims in the related derivative action pending in the U.S. District Court for the Northern District

of Illinois captioned, *In re Exicure, Inc. Derivative Litigation*, Case No. 1:22-cv-01083 (the "Illinois Action"), and a related demand on Exicure's board of directors. The Parties have similarly informed the court in the related derivative action of the global settlement, and that action remains stayed while the parties work toward documenting the proposed global settlement. Since September 29, 2025, the Parties have been working toward documenting the proposed settlement and are engaged in discussions regarding the amount of attorneys' fees and expenses Plaintiffs' counsel intends to seek in consideration of the substantial benefits that the Company has acknowledged and agreed will be conferred on the Company and its stockholders by certain agreed-upon governance reforms the Company decided to adopt and implement as a result of the filing, pendency, and settlement of this Action, as well as, the Illinois Action. Accordingly, the Parties respectfully request that this action remain administratively closed until January 26, 2026. The Parties will file a joint status report on or before January 26, 2026.

| **BIELLI & KLAUDER, LLC** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
|---|---|
| */s/ Ryan M. Ernst* | */s/ Alexandra Cumings* |
| Ryan M. Ernst (#4788) | Ryan D. Stottmann (#5237) |
| 1204 N. King Street | Alexandra Cumings (#6146) |
| Wilmington DE 19801 | 1201 North Market Street |
| Telephone: (302) 803-4600 | Wilmington, DE 19801 |
| rernst@bk-legal.com | Telephone: (302) 658-9200 |
|  | rstottmann@morrisnichols.com |
|  | acumings@morrisnichols.com |
|  | *Attorney for Defendants* |
| **LIFSHITZ LAW PLLC** |  |
| Joshua M. Lifshitz | OF COUNSEL: |
| 1190 Broadway |  |
| Hewlett, New York 11557 | **JONES DAY** |
| Telephone: (516) 493-9780 | Elizabeth J. Marino |
| jlifshitz@lifshitzlaw.com | 110 N. Wacker Drive |
|  | Chicago, IL 60606 |
| *Attorneys for Plaintiffs* | Telephone: (312) 782-3939 |
|  | ejmarino@jonesday.com |
|  | *Counsel for David A. Giljohann* |

**BAKERHOSTETLER**
Daniel J. Buzzetta
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
dbuzzetta@bakerlaw.com
mibutler@bakerlaw.com

Douglas L. Shively
127 Public Square Suite 2000
Cleveland, OH 44114-1214
Telephone: (216) 621-0200
dshively@bakerlaw.com

Dated: November 26, 2025

*Counsel for Nominal Defendant Exicure, Inc. and Individual Defendants Brian C. Bock, Jeffrey L. Cleland, Elizabeth Garofalo, Bosun Hau, Bali Muralidhar, Andrew Sassine, Matthias Schroff, James Sulat, and Timothy P. Walbert*

3